**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1329**

———————

SUSAN SEXTON MELTON,

Plaintiff - Appellant,

versus

ORANGE COUNTY DEMOCRATIC PARTY; JAN ALLEN,
Chairman of the Orange County Democratic
Party; KEITH COOK; ALEX ZAFFRON; RICHARD
FRANCK; SHARON WORTHINGTON; S.A.M. BROOKS;
ROSCOE REEVE; RANDY BRANTLEY, current board
members of the Orange County Democratic Party;
ALL DEFENDANTS,

Defendants - Appellees,

and

ORANGE COUNTY BOARD OF ELECTIONS; DIANE BROWN,
Chairman of the Orange County Board of
Elections; MELVIN BEASLEY; JUNE HASS, duly
appointed officials of the Orange County Board
of Elections,

Defendants.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
Chief District Judge.  (CA-96-517-1)

———————

Submitted:  August 13, 2004          Decided:  November 2, 2004

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Susan Sexton Melton, Appellant Pro Se.  John Gregory McCormick, Eric Wallace Hinson, Jeffrey E. Rosner, Chapel Hill, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Susan Sexton Melton appeals the district court's order awarding summary judgment to Appellees on her claim under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Melton v. Orange County Democratic Party, No. CA-96-517-1 (M.D.N.C. filed Feb. 11, 2004; entered Feb. 12, 2004). We deny Melton's motion to authorize preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED